# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID V. MYERS and SHIVA Y. STEIN, derivatively on behalf of STARBUCKS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>TROY ALSTEAD, *et al.*,<br><br>        Defendants.<br><br>  and<br><br>STARBUCKS CORPORATION,<br><br>        Nominal Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C16-1580 RAJ |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     For the reasons set forth in the Court's order of June 20, 2018, Judgment is entered in favor of Defendants and against Plaintiffs.

     DATED this 28th day of June, 2018.

                                      WILLIAM M. McCOOL,
                                    Clerk of the Court

                                  By:   */s/ Victoria Ericksen*
                                              Deputy Clerk